# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRITTANY SCHUTTEN,**

        Plaintiff,

                                  **Case No. 10-C-392**

-vs-

**P.N. FINANCIAL, INC.,**

        Defendant.

## DECISION AND ORDER

For good cause shown, plaintiff's motion for default judgment on her Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692, is **GRANTED.**

P.N. Financial, Inc. is liable to Brittany Schutten ("Schutten") for violating the FDCPA and Schuten is awarded $1,000.00 in statutory damages and attorney's fees and costs, in the amounts of $2,375.00 and $415.00, respectively. The total amount awarded to Schutten against P.N. Financial, Inc. is $3,790.00.

Schutten is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961;

This action is **DISMISSED** with prejudice and the Clerk of Court is **DIRECTED** to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2010.

                                                **SO ORDERED,**

                                                *s/ Rudolph T. Randa*
                                                **HON. RUDOLPH T. RANDA**
                                                **U.S. District Judge**