# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT
JUDGMENT IN A CIVIL CASE**

**BRITTANY SCHUTTEN,**

    Plaintiff,

   V.            CASE NUMBER: **10-C-392**

**P.N. FINANCIAL, INC.,**

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment on her claim alleging the defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692, is **GRANTED.**

  Judgment is entered in favor of the plaintiff and against the defendant in the sum of $3,790.00; $1,000.00 in statutory damages, $2,375.00 in attorney's fees, and $415.00 in attorney's costs.

  **This action is hereby DISMISSED with prejudice.**

| | |
|---|---|
|   August 16, 2010 | JON W. SANFILIPPO |
| Date | Clerk |
| | |
| | *s/ Jacki L. Koll* |
| | (By) Deputy Clerk |

*Approved: 08/16/2010*

*s/ Rudolph T. Randa*
*Hon. Rudolph T. Randa*